### Beverly Kay FISCHER (Brown), Appellant,

v.

### Lowell Dean FISCHER, Respondent.

### Nos. WD 70347, WD 70605.

Missouri Court of Appeals, Western District.

Dec. 1, 2009.

Anita I. Rodarte, Esq., Kansas City, MO, for appellant.

Jeremiah Kidwell, Esq., Kansas City, MO, for respondent.

Before: JAMES E. WELSH, P.J., and JAMES M. SMART and ALOK AHUJA, JJ.

## ORDER

PER CURIAM:

Beverly Kay Fischer appeals the trial court's judgment denying her motion for an order allowing relocation pursuant to § 452.377, RSMo, and modifying the child custody provisions of the decree dissolving her marriage to Respondent Lowell Dean Fisher. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).